UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL MAX MILLER, <br><br> Petitioner, <br><br> vs. <br><br> LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA, <br><br> Respondents. | Case No. CV-13-13-GF-DWM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED that the Respondents' Motion for Summary Judgment (Doc. 56) is GRANTED. Miller's Petition (Doc. 1) is DISMISSED WITH PREJUDICE.

Dated this 22nd day of November, 2016.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk